UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DEREK BONEWIT**

V.                                                  CIVIL ACTION NO. **24-11338-DJC**

**NEW-INDY CONTAINERBOARD, LLC**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Memorandum and Order dated December 2, 2024, the Court Orders that Defendant's Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED without prejudice.

December 2, 2024                           /s/ Lisa M. Hourihan
                                           Deputy Clerk